IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MELANIE S. ALVAREZ | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO.: 7:19-cv-422 |
| | § § § § | |
| JOSE ANGEL QUINTERO GONZALEZ AND YADIRA GONZALEZ RANGEL DBA LEOS AUTOTRANSPORTES DE CARGA | § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | | |

## INDEX OF MATTERS TO BE FILED

1. Plaintiff's Original Petition, Jury Demand, and Request for Disclosures;

2. Executed service of process on Jose Angel Quintero Gonzalez;

3. Executed service of process on Yadira Gonzalez Rangel DBA Leos Autotransportes De Carga.

4. Defendant Jose Angel Quintero Gonzalez Original Answer and Jury Demand;

5. Defendant Yadira Gonzalez Rangel DBA Leos Autotransportes De Carga Original Answer and Jury Demand;

6. For items 1-5, see Exhibit "B."